MICHAEL KOBRYN et al., Respondents, *v.* TRAVELERS
INSURANCE COMPANY, Appellant.

Submitted October 13, 1938; decided October 28, 1938.

624

*Louis P. Galli* and *William J. Moran* for appellant.

*David M. Engelson* and *Sidney Burstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.